*Form OL243* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Marian J. McQuay ) | Case No. 24–12051–amc |
|    aka Marian J. Washington–McQuay ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## **ORDER**

    **AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

    **ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before __July 12, 2024__ .

Date:  July 1, 2024

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court