*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Marian J. McQuay ) | Case No. 24–12051–amc |
|    aka Marian J. Washington–McQuay ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 1, 2024, this case is hereby DISMISSED.

**Date: July 19, 2024**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Statement of Financial Affairs
Statistical Summary of Certain Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
Means Test Calculation